
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described**.

**Signed February 1, 2007**            **United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In RE: | § | |
| | § | |
| SUMMER BREEZE PARTNERS, LP, | § | CASE NO. 05-80312-BJH-11 |
| | § | |
| DEBTOR. | § | |

### AGREED ORDER DISMISSING CASE

On the 19th day of December, 2006, came on to be considered the Motion to Distribute Proceeds from Sale to All Creditors and to Dismiss Case (the "Motion") filed on November 21, 2006 (Docket No. 89) by SUMMER BREEZE PARTNERS, LP, Debtor-in-Possession (the "Debtor") and the continued Motion of the United States Trustee to Dismiss or Convert (Docket. No. 43). In open court the Debtor and the United States Trustee agreed that upon distribution of the proceeds from the sale that the bankruptcy case should be dismissed. By their signatures below counsel for the Debtor has represented that the proceeds from the sale have now been

disbursed by the escrow agent and the United States Trustee is in agreement that it is time for the case to be dismissed.

It is therefore

**ORDERED** that this case be and is hereby DISMISSED; and it is further

**ORDERED** that the Debtor shall pay any outstanding quarterly fees due to the United States Trustee.

# # # END OF ORDER # # #


/s/ Charles B. Hendricks
_____
Charles B. Hendricks
CAVAZOS, HENDRICKS & POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Tel. (214) 573-7302
Fax  (214) 573-7399
chuckh@chfirm.com

Counsel for Debtor


/s/ Nancy S. Resnick (authorized by email 1/16/07)
_____
Nancy S. Resnick
Office of United States Trustee
1100 Commerce, Rm 976
Dallas, Texas  75242